UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

06 JUL 20 PM 2: 19

**1:06CR0178**

UNITED STATES OF AMERICA,

Plaintiff,

v.

TOD ALLEN MARSH,

Defendant.

_____/

No

Hon.

INDICTMENT

Robert Holmes Bell
Chief, U.S. District Judge

The Grand Jury charges:

<u>COUNT ONE</u>

At about 6:54 a.m., CST, on April 17, 2004, in Berrien County, in the Southern Division

of the Western District of Michigan, and elsewhere,

TOD ALLEN MARSH

did knowingly and unlawfully transport and ship in interstate commerce from Michigan to

Wisconsin via America Online computers in Virginia, a visual depiction, that is, a computer file

named: YGPEE4.tmp, the producing of which visual depiction involved the use of a minor or minors

engaging in sexually explicit conduct and which visual depiction was of such conduct.

18 U.S.C. § 2252(a)(1)
18 U.S.C. § 2252(b)(1)

<u>COUNT TWO</u>

At about 6:57 a.m., CST, on April 17, 2004, in Berrien County, in the Southern Division of the Western District of Michigan, and elsewhere,

TOD ALLEN MARSH

did knowingly and unlawfully transport and ship in interstate commerce from Michigan to Wisconsin via America Online computers in Virginia, a visual depiction, that is, a computer file named: 002_untitled.jpg, the producing of which visual depiction involved the use of a minor or minors engaging in sexually explicit conduct and which visual depiction was of such conduct.

18 U.S.C. § 2252(a)(1)
18 U.S.C. § 2252(b)(1)

## COUNT THREE

On or about April 17, 2004, in Berrien County, in the Southern Division of the Western District of Michigan, and elsewhere,

### TOD ALLEN MARSH

did knowingly and unlawfully receive in interstate commerce from Wisconsin via America Online computers in Virginia, a visual depiction, that is, a computer file named LILBROG.jpg, the producing of which visual depiction involved the use of a minor or minors engaging in sexually explicit conduct and which visual depiction was of such conduct.


18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(b)(1)

<u>COUNT FOUR</u>

On or about April 17, 2004, in Berrien County, in the Southern Division of the Western District of Michigan, and elsewhere,

TOD ALLEN MARSH

did knowingly and unlawfully receive in interstate commerce from Wisconsin via America Online computers in Virginia, a visual depiction, that is, a computer file named !sleep1a.jpg,  the producing of which visual depiction involved the use of a minor or minors engaging in sexually explicit conduct and which visual depiction was of such conduct.

18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(b)(1)

## COUNT FIVE

On or about March 8, 2006, in Berrien County, in the Southern Division of the Western District of Michigan,

### TOD ALLEN MARSH,

did knowingly and unlawfully possess one or more visual depictions that had been shipped or transported in interstate or foreign commerce, the producing of which visual depiction involved the use of a minor or minors engaging in sexually explicit conduct and which visual depiction was of such conduct, that is, on the Seagate 80 gigabyte hard drive with serial number 5JV1EVKP, one or more of the computer files named were found:

1. ygpE56D.jpg

2. ygp5E9E.jpg

3. -10yrcuntme9MA9500088-0014.jpg

4. 303MA12475149-0199.jpg

5. 18MA12475146-0192.jpg

6. -05yrsfkMA12428365-0065.jpg

7. 000_girl%20makes%20it%20shootMA12428450-0071.jpg

8. 000_Untitled3MA12428542-0114.jpg

9. 000_YGP2FC4MA12428482-0073.jpg

10. !!06cummMA12428238-0041.jpg

11. 412MA12428733-0159.jpg

12. 12(43)MA12428238-0042.jpg

13. - 10yrcuntma9MA9500088-0014\!!2.jpg

14. ygp7070.jpg

15. ygp9A62.jpg

16. ygpCA40.jpg

17. ygpCA42.jpg

18. 15MA12475146-0188.jpg

19. teen..yng51MA12428450-0070.jpg

20. zlook!MA12434074_0002.jpg

21. 12yoboycums.mpg

22. StevieGivnBJ02.jpg

23. 6yr fucked & whining.mpeg

24. 8YRPUSSY.avi

25. _lil strip1.mpeg

26. 39.mpeg

27. 1.mpg

28. Pedo-10yo willing daughter pthc_NEW(1).wmv

29. P101-Mikael & Friends Dad.mpg

30. Oh.avi

31. (Hussyfan)(pthc)(r@ygold)(babyshivid)Kitty3.mpg

32. willy.wmv

33. boys 9 jerk and suck one another.mpg

34. bibcam_2 11yo preteen boys suck.avi

35. 5yo vicky getting ass-fucked 0(0min30sec)[1].wmv

36. 8.mpg

37. fmyson3.mpg

38. 39.mpeg

39. watch_birdieX.wmv

40 12AnosBoquete.mpeg

18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2252(b)(2)

A TRUE BILL

_____
Grand Jury Foreperson

MARGARET M. CHIARA
United States Attorney

_____
RICHARD S. MURRAY
Assistant United States Attorney