## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN

### CHANGE OF PLEA - MINUTE SHEET

| USA | vs. Tod Allen Marsh | Presiding Judge: Timothy P. Greeley |
|-----|---------------------|-------------------------------------|

| Case Number | Date | Time (Begin/End) | Place | Name of Interpreter |
|-------------|------|------------------|-------|---------------------|
| 1:06cr178 (RHB) | 9/20/06 | 2:03 - 2:18 p.m. | Grand Rapids | |

| Government | **APPEARANCES** | Defendant |
|------------|-----------------|-----------|
| Richard S. Murray by Brian Lennon | Gary Springstead | CJA Appt |

| OFFENSE LEVEL | CHARGING DOCUMENTS/COUNTS |
|---------------|---------------------------|
| Felony | Indictment, Count(s) 1-5 |

**DEFENDANT ENTERED**:

Plea of Guilty to Count(s)  5

of the  Indictment

To be dismissed at time of sentencing:

Counts 1-4

Was a written plea agreement filed?  __✗__ Yes  _____ No

_____ Accepted by the Court

__✗__ Presentence Report:

- [X] Ordered
- [ ] Waived

__✗__ Under Advisement

__✗__ Transcript Ordered

__✗__ Consent to Proceed Filed

| Custody/Release Status | New Bond Set $ | DOCUMENTS TO BE ISSUED BY COURT: |
|------------------------|----------------|----------------------------------|
| Remanded to USM | | ✗ Report and Recommendation<br>_____ Sentencing Order<br>_____ Other |

Sentencing Date and Time:  To be scheduled by District Judge

Additional Information:

| Proceeding Digitally Recorded | **Courtroom Clerk**:  JAL |
|-------------------------------|---------------------------|

Rev'd 9/2005