# Attachment 6

# State of Michigan sentencing guidelines

# Sentencing Grid for Class D Offenses—MCL 777.65
*Includes Ranges Calculated for Habitual Offenders (MCL 777.21(3)(a)–(c))*

| OV Level | A 0 Points | B 1-9 Points | C 10-24 Points | D 25-49 Points | E 50-74 Points | F 75+ Points | Offender Status |
|---|---|---|---|---|---|---|---|
| **I** 0-9 Points | 0–6* | 0–9* | 0–11* | 0–17* | 5–23 | 10–23 | |
| | 0–7* | 0–11* | 0–13* | 0–21 | 5–28 | 10–28 | HO2 |
| | 0–9* | 0–13* | 0–16* | 0–25 | 5–34 | 10–34 | HO3 |
| | 0–12* | 0–18* | 0–22 | 0–34 | 5–46 | 10–46 | HO4 |
| **II** 10-24 Points | 0–9* | 0–11* | 0–17* | 5–23 | 10–23 | 19–38 | |
| | 0–11* | 0–13* | 0–21 | 5–28 | 10–28 | 19–47 | HO2 |
| | 0–13* | 0–16* | 0–25 | 5–34 | 10–34 | 19–57 | HO3 |
| | 0–18* | 0–22 | 0–34 | 5–46 | 10–46 | 19–76 | HO4 |
| **III** 25-34 Points | 0–11* | 0–17* | 5–23 | 10–23 | 19–38 | 29–57 | |
| | 0–13* | 0–21 | 5–28 | 10–28 | 19–47 | 29–71 | HO2 |
| | 0–16* | 0–25 | 5–34 | 10–34 | 19–57 | 29–85 | HO3 |
| | 0–22 | 0–34 | 5–46 | 10–46 | 19–76 | 29–114 | HO4 |
| **IV** 35-49 Points | 0–17* | 5–23 | 10–23 | 19–38 | 29–57 | 34–67 | |
| | 0–21 | 5–28 | 10–28 | 19–47 | 29–71 | 34–83 | HO2 |
| | 0–25 | 5–34 | 10–34 | 19–57 | 29–85 | 34–100 | HO3 |
| | 0–34 | 5–46 | 10–46 | 19–76 | 29–114 | 34–134 | HO4 |
| **V** 50-74 Points | 5–23 | 10–23 | 19–38 | 29–57 | 34–67 | 38–76 | |
| | 5–28 | 10–28 | 19–47 | 29–71 | 34–83 | 38–95 | HO2 |
| | 5–34 | 10–34 | 19–57 | 29–85 | 34–100 | 38–114 | HO3 |
| | 5–46 | 10–46 | 19–76 | 29–114 | 34–134 | 38–152 | HO4 |
| **VI** 75+ Points | 10–23 | 19–38 | 29–57 | 34–67 | 38–76 | 43–76 | |
| | 10–28 | 19–47 | 29–71 | 34–83 | 38–95 | 43–95 | HO2 |
| | 10–34 | 19–57 | 29–85 | 34–100 | 38–114 | 43–114 | HO3 |
| | 10–46 | 19–76 | 29–114 | 34–134 | 38–152 | 43–152 | HO4 |

Intermediate sanction cells are marked by asterisks, straddle cells are shaded, and prison cells are unmarked.

The statutory percentage increases for habitual offenders are rounded down to the nearest whole month. The cell range may be less than the maximum possible minimum sentence by a fraction of a month.

91

Updated 12/2004
*Unless otherwise noted, the date on which the statutory guidelines were made applicable to the felony offense listed is 1/1/99.

| Felonies by MCL # | Group | Class | Description | Stat Max | Effective Date* |
|---|---|---|---|---|---|
| 750. 90 e | Person | G | Careless or reckless driving causing miscarriage, stillbirth, or death to embryo or fetus | 2 | 6/1/01 |
| 750. 529 a | Person | A | Carjacking | LIFE | |
| 750. 227 | Pub saf | E | Carrying a concealed weapon | 5 | |
| 28. 425 o (5) (c) | Pub saf | F | Carrying concealed pistol in prohibited place – third or subsequent offense | 4 | 7/1/01 |
| 750. 226 | Pub saf | E | Carrying firearm or dangerous weapon with unlawful intent | 5 | |
| 432. 218 | Pub ord | D | Casino gaming offenses | 10 | |
| 750. 99 | Pub trst | G | Certifying checks without sufficient funds | 4 | |
| 287. 967 (5) | Pub ord | G | Cervidae producer violations | 4 | 10/1/00 |
| 750. 68 | Property | G | Changing brands with intent to steal | 4 | |
| 750. 136 b (2) | Person | C | Child abuse – first degree | 15 | |
| 750. 136 b (2) | Person | B | Child abuse – first degree | 15 | 10/1/00 |
| 750. 136 b (4) | Person | F | Child abuse – second degree | 4 | |
| 750. 136 b (5) | Person | G | Child abuse – third degree | 2 | |
| 750. 145 c (4) | Person | F | Child sexually abusive activities or materials – possession | 4 | 6/1/02 |
| 750. 145 c (2) | Person | B | Child sexually abusive activity or materials – active involvement | 20 | |
| 750. 145 c (3) | Person | D | Child sexually abusive activity or materials – distributing, promoting or financing | 7 | |
| 750. 528 a | Pub saf | F | Civil disorders – firearms/explosives | 4 | |
| 750. 32 | Pub ord | H | Cohabitation of divorced parties | 4 | |
| 257. 625 m (5) | Pub saf | E | Commercial drunk driving – third or subsequent offense | 5 | 10/1/00 |
| 750. 505 | Pub ord | E | Common law offenses | 5 | |
| 205. 28 | Pub trst | G | Compromising/unauthorized disclosure of tax information | 5 | |
| 752. 797 (1) (c) | Property | E | Computer fraud – 2 prior convictions or value of $1,000 to $20,000 | 5 | |
| 752. 797 (1) (d) | Property | D | Computer fraud – 3 or more prior convictions or value of $20,000 or more | 10 | |
| 750. 149 | Pub saf | F | Concealing an offense punishable by life | 4 | |
| 750. 495 a (3) | Person | C | Concealing objects in trees or wood products – causing death | 15 | |
| 750. 495 a (2) | Person | F | Concealing objects in trees or wood products – causing injury | 4 | |
| 259. 83 b (2) (a) | Pub saf | F | Conducting flight operations without certificate | 4 | 3/31/03 |
| 259. 83 b (2) (b) | Pub saf | E | Conducting flight operations without certificate – second violation | 5 | 3/31/03 |
| 259. 83 b (2) (c) | Pub saf | D | Conducting flight operations without certificate – third or subsequent violation | 10 | 3/31/03 |
| 500. 8197 (3) | Property | E | Consolidation merger – compensation otherwise than expressed in contract | 5 | |
| 750. 157 a (a) | Pub saf | SPEC | Conspiracy | Variable | |
| 750. 157 a (b) | Pub ord | H | Conspiracy – gambling | 5 | |

Lightly shaded lines indicate that the statute governing the felony offense described on that line has been amended, deleted, or replaced.

*PRVs and OVs – Crimes Against a Person*

## OV 7
**Aggravated Physical Abuse**

| Pts | | Instructions |
|---|---|---|
| 50 | A victim was treated with sadism, torture, or excessive brutality or conduct designed to substantially increase the fear and anxiety a victim suffered during the offense. MCL 777.37(1)(a). | • Each person placed in danger of injury or loss of life is a victim for purposes of scoring OV 7. MCL 777.37(2).<br>• "Sadism" is "conduct that subjects a victim to extreme or prolonged pain or humiliation and is inflicted to produce suffering or for the offender's gratification." MCL 777.37(3). |
| 0 | No victim was treated with sadism, torture, or excessive brutality or conduct designed to substantially increase the fear and anxiety a victim suffered during the offense. MCL 777.37(1)(b). | • Effective April 22, 2002, 2002 PA 137 deleted "terrorism"* from OV 7's list of behaviors meriting points. Although "terrorism" was eliminated from consideration under OV 7, the conduct previously defined as "terrorism" remains in OV 7's statutory language as "conduct designed to substantially increase the fear and anxiety a victim suffered during the offense." MCL 777.37(1)(a).<br>*"Terrorism" is now addressed by OV 20. MCL 777.49a.* |

## OV 8
**Victim Asportation or Captivity**

| Pts | | Instructions |
|---|---|---|
| 15 | A victim was asported to another place of greater danger or to a situation of greater danger or was held captive beyond the time necessary to commit the offense. MCL 777.38(1)(a). | • Each person in danger of injury or loss of life is a victim for purposes of scoring OV 8. MCL 777.38(2)(a).<br>• Zero points must be scored if the sentencing offense is kidnapping. MCL 777.38(2)(b). |
| 0 | No victim was asported or held captive. MCL 777.38(1)(b). | |

## OV 9
**Number of Victims**

| Pts | | Instructions |
|---|---|---|
| 100 | Multiple deaths occurred. MCL 777.39(1)(a). | • Each person in danger of injury or loss of life is a victim for purposes of scoring OV 9. MCL 777.39(2)(a). |
| 25 | There were 10 or more victims. MCL 777.39(1)(b). | • 100 points are scored only in homicide cases. MCL 777.39(2)(b). Any crime in which a person's death is an element of the crime is a "homicide." MCL 777.1(c). |
| 10 | There were 2 to 9 victims. MCL 777.39(1)(c). | |
| 0 | There were fewer than 2 victims. MCL 777.39(1)(d). | |

*PRVs and OVs – Crimes Against a Person*

## OV 10
### Exploitation of a Victim's Vulnerability

| Pts | | Instructions |
|---|---|---|
| 15 | Predatory conduct was involved. MCL 777.40(1)(a). | • Do not automatically score points for victim vulnerability just because one or more of the factors addressed by OV 10 are present in the circumstances surrounding the sentencing offense. MCL 777.40(2). |
| 10 | The offender exploited a victim's physical disability, mental disability, youth or agedness, or a domestic relationship or the offender abused his or her authority status. MCL 777.40(1)(b). | • "Predatory conduct" is an offender's preoffense conduct directed at a victim for the primary purpose of victimization. MCL 777.40(3)(a). <br> • To "exploit" a victim is to manipulate a victim for the offender's selfish or unethical purposes. MCL 777.40(3)(b). |
| 5 | The offender exploited a victim by his or her difference in size or strength, or both, or exploited a victim who was intoxicated, under the influence of drugs, asleep, or unconscious. MCL 777.40(1)(c). | • A victim's "vulnerability" is the victim's readily apparent susceptibility to injury, physical restraint, persuasion, or temptation. MCL 777.40(3)(c). <br> • "Abuse of authority status" means the offender used a victim's fear of or deference to an authority figure to exploit the victim. Examples of an authority figure include, but are not limited to, a teacher, parent, or physician. MCL 777.40(3)(d). |
| 0 | The offender did not exploit a victim's vulnerability. MCL 777.40(1)(d). | |

## OV 11
### Criminal Sexual Penetration

| Pts | | Instructions |
|---|---|---|
| 50 | Two or more criminal sexual penetrations occurred. MCL 777.41(1)(a). | • All sexual penetrations of the victim by the offender arising out of the sentencing offense must be counted in scoring OV 11. MCL 777.41(2)(a). <br> • Multiple sexual penetrations of the victim by the offender occurring beyond the sentencing offense may be scored in OVs 12 or 13.* MCL 777.41(2)(b). However, if any conduct is scored under this variable, that conduct must not be scored under OV 12 and may only be scored under OV 13 if the conduct is related to the offender's membership in an organized criminal group. MCL 777.42(2)(c); MCL 777.43(2)(c). |
| 25 | One criminal sexual penetration occurred. MCL 777.41(1)(b). | |
| 0 | No criminal sexual penetrations occurred. MCL 777.41(1)(c). | • The one penetration on which a first- or third-degree criminal sexual conduct offense is based must not be counted for purposes of scoring OV 11. MCL 777.41(2)(c). <br> *OV 12 addresses criminal acts that occur within 24 hours of the sentencing offense and will not result in a separate conviction. OV 13 accounts for an offender's pattern of criminal conduct over a period of five years regardless of outcome.* |

21