**UNITED STATES**

**MEMORANDUM**

**PROBATION &
PRETRIAL SERVICES**

| | |
|---|---|
| **To:** | The Honorable Robert Holmes Bell |
| | U.S. District Judge |
| **From:** | Rhonda J. Wallock |
| | U.S. Probation Officer |
| | 616-456-2317 |
| **Subject:** | Tod A. Marsh |
| | Dkt. No.1:06CR00178-1 |
| | **Criminal Monetary Penalties Payment Schedule** |
| **Date:** | November 4, 2011 |

Special Assessment Balance: $100.00 (total balance paid)
Fine Balance: $1,000.00 (total balance owed $834.58)

The above-named offender has been ordered by the Court to pay criminal monetary penalties in the amounts noted above. The probation office has conducted a financial investigation on the offender and makes the following recommendation for the Court's approval of the initial monthly payment schedule.

In the event criminal monetary penalties are imposed, any moneys received will be applied toward the special assessment, restitution, and fine balance, in that order.

**Officer's Justification for Recommendation**

Mr. Marsh began his term of supervised release in the Western District of Michigan on May 11, 2011. At the present time, he has secured employment with Arby's Restaurant, Kentwood, Michigan. Considering his income has dropped significantly since the imposition of the original orde and considering that over 50 percent of his gross income is applied to child support, this officer would respectfully recommend Mr. Marsh's monthly payment amount be reduced to $15.00 payments per month starting January 1, 2012.

**Fine**

Mr. Marsh is to make fine payments at a rate of $__15.00__ per month, by the __1st__ day of the month, beginning __January 1, 2012__ .

Reviewed and Approved:     _/s/ Amber L. Gonzalez_____
                           Amber L. Gonzalez
                           Supervising U.S. Probation Officer
                           616-732-2755

**THE COURT ORDERS:**

[X]    Approved
[ ]    Not approved

                           /s/ Robert Holmes Bell
                           _____
                           The Honorable Robert Holmes Bell
                           U.S. District Judge

                           November 7, 2011
                           _____
                           Date

cc:    U.S. Attorney's Office Financial Litigation Unit

GR Form
Revised: 12/10/04 (lks)