Prob12b
5/00

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

August 8, 2012

Name of Offender:    **Tod Allen Marsh**                    Docket Number: 1:06-CR-178-01

Name of Sentencing Judicial Officer:    The Honorable Robert Holmes Bell
                                        U.S. District Judge

Date of Original Sentence:    July 27, 2010

Original Offense:    Possession of Child Pornography, 18 U.S.C. § 2252 (a)(4)(B)

Original Sentence:  70 months custody, 3 years supervised release.  Special conditions:  (1) gainful employment; (2) sex offender treatment; (3) perform 300 hours of community service; (4) no computer system or access to internet (5) no pornographic materials or patronizing establishments where such materials are sold; and (6) provide monthly billing records as directed. Special Assessment $100.00 (paid), Fine $1000.00 (balance: $759.58).

Type of Supervision: Supervised Release        Date Supervision Commenced: August 30, 2011

---

### PETITIONING THE COURT

[X]    To remove special condition number 3, which reads as follows:

  3.    The defendant shall perform 300 hours of community service, as directed by
        the probation officer.

### CAUSE

Mr. Marsh released from the custody of the Bureau of Prisons and commenced his term of supervised release on August 30, 2011.  Since that time, he has been gainfully employed full time at Arby's restaurant. Mr. Marsh recently obtained a second full-time factory job through specialized staffing temporary service in Grand Rapids, Michigan. While on supervision, Mr. Marsh has maintained a stable residence and has participated in sex offender treatment as directed.  As it appears Mr. Marsh is compliant with all terms of his supervision, and considering he is working a substantial amount of time to support himself and pay child support as required, this officer respectfully recommends the Court remove the condition requiring him to perform community

Request for Modifying the Conditions or Term
of Supervision with Consent of the Offender

Page  2
The Honorable Paul L. Maloney
**Re: Tod Allen Marsh**
August 8, 2012

service.  Consistent with evidence based practices, this officer believes Mr. Marsh  should be rewarded for his positive community transition and deserves relief from this component of his sanction.

Respectfully submitted,

/s/ Rhonda J. Wallock
Rhonda J. Wallock
U.S. Probation Officer
616-456-2317

**THE COURT ORDERS:**

[  ] No Action
[x] The Modification of Conditions as Noted Above
[  ] Other

/s/ Robert Holmes Bell
The Honorable Robert Holmes Bell
U.S. District Judge

August 9, 2012
Date