UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 1:06CR178-01

          v.                          Hon. Robert Holmes Bell
                                      United States District Judge

TOD ALLEN MARSH,

       Defendant,

and

STATE OF MICHIGAN
Department of Treasury
       Third Party Withholding Unit,

       Garnishee.

_____/

### APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Defendant Tod Allen Marsh whose last known address was in Kentwood, Michigan in the above cited action in the amount of $1,000.00 and penalties and delinquency pursuant to 18 U.S.C. § 3612(g). The sum of $455.42 has been credited to the judgment debt, leaving a total balance due of $544.58, as of June 17, 2015.

Demand for payment of the above-stated debt was made on January 8, 2007. Not less than 30 days has elapsed since demand for payment was made and the judgment debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

Michigan Department of Treasury
Third Party Withholding Unit
P.O. Box 30785
Lansing, MI 48909

Respectfully submitted,

PATRICK A. MILES, JR.
United States Attorney

Date:   June 18, 2015

/s/Joel S. Fauson
JOEL S. FAUSON
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI  49501-0208
(616) 456-2404
joel.fauson@usdoj.gov

2