Michigan Department of Treasury, FOU
M-1006 (Rev. 9/96)

This form is provided in accordance with MCL 600.4061.

# GARNISHMENT DISCLOSURE

| Name of Court | Court for City/County of: | Case Number |
|---|---|---|
| CLERK OF THE COURT USDC-WDMI | GRAND RAPIDS | 106CR17801 |

| Plaintiff/Trustee | |
|---|---|
| UNITED STATES OF AMERICA | the Michigan Department of Treasury, garnishee defendant, and |
| Plaintiff's Attorney | **vs** Name of Principal Defendant |
| | MARSH        TOD ALLEN J |

CLERK OF THE COURT USDC-WDMI
452 FEDERAL BLDG
110 MICHIGAN ST NW
GRAND RAPIDS MI 49503

**FILED - GR**
May 26, 2016 11:02 AM

CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:___ns /_____ Scanned: _____

Supplementary Disclosure

According to our records, at the time the writ of garnishment was served, the State of Michigan was indebted to the principal defendant from an over payment of taxes, credits or lottery winnings.

| Department of Treasury Authorized Representative | Disclosure date |
|---|---|
| EMILY CAVANAUGH | 05/25/2016 |

## PAYMENT INFORMATION

| Date Received | |
|---|---|
| 06/26/2015 | |

Social Security or FE Number

| Amount of Garnishment (may include court costs and interest) |
|---|
| 1000.00 |

| Garnishment Fee |
|---|
| .00 |

1. Total garnishment amount including court costs ............................................ 1._____1000.00
2. **Amount payable to** COURT ............................................ 2._____49.00

**The payment will be sent to the payee indicated above in 28 days from the date on this disclosure.** If a garnishment release, satisfaction of judgment, or bankruptcy notice (validated by the court) is received in our office within the 28 days, we will issue a refund to the principal defendant or bankruptcy trustee if there are no other debts to be paid.

17                                    COURT