UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TOD ALLEN MARSH,

        Defendant,

and

STATE OF MICHIGAN
Department of Treasury
        Third Party Withholding Unit,

        Garnishee.
_____/

Case No. 1:06CR178-01

Hon. Robert Holmes Bell
United States District Judge

## **GARNISHEE ORDER**

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on May 26, 2016, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, and that Garnishee was indebted to Defendant in the sum of $49.00.

On June 25, 2015, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay $49.00 to Plaintiff, **UNITED STATES DISTRICT COURT,** 399 Federal Building, 110 Michigan Ave., N.W., Grand Rapids, Michigan 49503, and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

THOMAS L. DORWIN, Clerk
U.S. District Court
Western District of Michigan


Dated:  July 14, 2016

/s/ E. Siskind

Deputy Clerk